United States District Court
Southern District of Texas
**ENTERED**
August 25, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § | CRIMINAL ACTION NO. 4:25-CR-00010 |
| vs. | § § § | JUDGE CHARLES ESKRIDGE |
| KEITH FITZGERALD WARD, *et al* | § § § | |
| Defendants. | § | |

SCHEDULING AND DOCKET CONTROL ORDER

The Court ORDERS the following deadlines for further proceedings as follows:

**1.**  01/03/2026  **MOTIONS DEADLINE**

Except for motions to suppress evidence or to dismiss, include certification that the movant and the respondent conferred in good faith and could not agree on proper disposition.

**2.**  02/02/2026  **PRETRIAL MATERIALS**

**3.**  02/06/2026 at 9:30 a.m.  **PRETRIAL CONFERENCE**

The parties must appear before Judge Charles Eskridge, Courtroom 9F. *Defendant must be present in person. Defendant must be present in person. Parties are required to disclose expert witness information 45-days prior to pretrial conference.*

**4.**  02/09/2026 at 8:30 a.m.  **JURY SELECTION AND TRIAL**

Not later than five business days before this date each party must file and deliver pretrial materials to the Court as directed in the Court's procedures.

**5.**  <u>Yes</u>  **CONSENT TO EXCLUDABLE DELAY UNDER THE SPEEDY TRIAL ACT?**

Indicate *Yes* or *No*.

**6.**  <u>5-7 days</u>  **ESTIMATED TIME FOR TRIAL?**

Indicate the anticipated number of days.

Direct questions about this schedule to:

Jennelle Gonzalez
Case Manager to Hon. Charles Eskridge
Jennelle_Gonzalez@txs.uscourts.gov
(713) 250–5257

Signed on August 22, 2025, at Houston, Texas.

Hon. Charles Eskridge
United States District Judge